137

No. 51909.—American Import Company v. United States, protest 117728–K (Los Angeles).

Opinion by Cline, J.   It was stipulated that the trays in question are in chief value of copper (not brass) similar in all material respects to those the subject of *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710) and Abstract 48768.   On the authority of the decisions cited the claim of the plaintiff was sustained.

No. 51910.—W. T. Grant Co. v. United States, protest 130345–K/12657 (New Orleans).

Opinion by Ekwall, J.   In accordance with stipulation of counsel that the figures are similar in all material respects to the merchandise the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690) the claim of the plaintiff was sustained.

No. 51911.—American Express Co. et al. v. United States, protests 42745–K/89659, etc. (Chicago).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, September 25, 1947

No. 51912.—George E. Nixon v. United States, protest 112663–K (New York).

Opinion by Mollison, J.   It was stipulated that the merchandise consists of citronella oil the same in all material respects as that the subject of *United States* v. *Procter & Gamble Mfg. Co.* (34 C. C. P. A. 71, C. A. D. 345).   In accordance therewith the claim for free entry under paragraph 1731 was sustained.

No. 51913.—James H. Rhodes & Co. v. United States, protests 117358–K/340, etc. (Chicago).

Opinion by Mollison, J.   It was stipulated that the merchandise consists of new grass sponges the same in all material respects as those the subject of *James H. Rhodes & Co.* v. *United States* (18 Cust. Ct. 62, C. D. 1045).   In accordance therewith the claim of the plaintiff was sustained.